Charles C. Ryan, Esq. (SBN 51487)
HARTING, SIMKINS & RYAN LLP
3545 Long Beach Blvd. Suite 200
Long Beach, CA 90807
562-981-3707
FAX 562-981-0101

Attorneys for Plaintiff(s)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| R.C., a minor, by and through his mother and GAL COQUETTE COLLETTE, *et al.* <br><br> Plaintiffs <br><br> vs. <br><br> THE HOME DEPOT, INC. *et al.* <br><br> Defendant(s). | Case No.: CV-15-5027-PLA <br><br> ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO STIPULATION OF ALL PARTIES |

All parties having stipulated in writing to a dismissal of this case without prejudice to re-filing in state court;

IT IS ORDERED that this case is dismissed without prejudice.

Dated: DEC. 28, 2015

_____
Magistrate of the District Court

1
ORDER OF DISMISSAL WITHOUT PREJUDICE